opinion filed December 13, 1944; released for publication January 4, 1945. Eugene L. Cohn, for appellant; Gerald H. Crane, for appellee; Louis P. Yangas, of counsel. Opinion by JUSTICE LUPE. Not to be published in full.

Valeria Kucia, Minor, by Anton Kucia, Her Father and Next Friend, Appellant; v. Harry Rosenfield, Trading as Sterling Material Supply Company, and Sam Jones, Appellees.

Gen. No. 42,898.

opinion filed December 13, 1944; released for publication January 4, 1945. Maurice M. Wasserman and Patrick T. Harrington, for appellant; Patrick T. Harrington and Kellam Foster, of counsel; Eckert & Peterson, for appellees; A. R. Peterson and Owen Rall, of counsel. Opinion by PRESIDING JUSTICE LUPE. Not to be published in full.